# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2571
LT Case No. 2018-CF-007876-A

———————————————————

CHRISTOPHER JEFFERSON,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————————

3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Christopher Jefferson, Malone, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Respondent.


February 13, 2024


PER CURIAM.

 AFFIRMED.


EDWARDS, C.J., WALLIS, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____